| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO | |
| Case number *(if known)* _____ | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
The Midwest Data Company LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
84-3221213

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8050 Freedom Avenue NW<br>North Canton, OH 44720<br>Number, Street, City, State & ZIP Code | 121 Wilbur Drive NE<br>North Canton, OH 44720<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Stark**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

| Debtor | **The Midwest Data Company LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3344__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | The Midwest Data Company LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | Squirrels Research Labs LLC | Relationship | **Affiliate** |
| District | Northern District of Ohio | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **The Midwest Data Company LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **11/23/2021**
             MM / DD / YYYY

X  /s/ David A. Stanfill                                **David A. Stanfill**
   Signature of authorized representative of debtor      Printed name

   Title  **President**

**18. Signature of attorney**

X _____                Date _____
  Signature of attorney for debtor                    MM / DD / YYYY

  **Marc B. Merklin 0018195**
  Printed name

  **Brouse McDowell, LPA**
  Firm name

  **388 S. Main Street, Suite 500**
  **Akron, OH 44311**
  Number, Street, City, State & ZIP Code

  Contact phone  **330-535-5711**   Email address  **mmerklin@brouse.com**

  **0018195 OH**
  Bar number and State

| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| NORTHERN DISTRICT OF OHIO | | |
| Case number *(if known)* | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**David A. Stanfill**
Printed name

Title **President**

**18. Signature of attorney**

X _(signature)_
Signature of attorney for debtor

Date **11/23/2021**
MM / DD / YYYY

**Marc B. Merklin 0018195**
Printed name

**Brouse McDowell, LPA**
Firm name

**388 S. Main Street, Suite 500**
**Akron, OH 44311**
Number, Street, City, State & ZIP Code

Contact phone **330-535-5711**   Email address **mmerklin@brouse.com**

**0018195 OH**
Bar number and State

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEP Ohio<br>301 Cleveland Ave., SW<br>Canton, OH 44702 | | Utility | | | | $17,089.09 |
| Michael Maranda<br>38 Oaklawn Ave<br>Farmingville, NY 11738 | | Alleged loss of revenue | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |

# United States Bankruptcy Court
## Northern District of Ohio

In re: **The Midwest Data Company LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Andrew Gould<br>4812 Wildflower Dr<br>North Canton, OH 44720 | n/a | 10,000 | Units |
| David Stanfill<br>772 Treat Blvd<br>Tallmadge, OH 44278 | n/a | 40,000 | Units |
| George Jimenez<br>9396 Broadland St NW<br>Massillon, OH 44646 | n/a | 15,000 | Units |
| Jessica Gritzan<br>1280 Linwood Ave SW<br>North Canton, OH 44720 | n/a | 15,000 | Units |
| Kyle Slutz<br>1116 Nimisilia Rd<br>New Franklin, OH 44216 | n/a | 10,000 | Units |
| Sidney Keith<br>8127 Larkspur Ave NW<br>North Canton, OH 44720 | n/a | 10,000 | Units |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____

Signature _____
**David A. Stanfill**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re: **The Midwest Data Company LLC**
Debtor(s)

Case No.
Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **11/23/2021**

Signature **David A. Stanfill**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Ohio

In re: **The Midwest Data Company LLC**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The Midwest Data Company LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

11/23/2021
Date

/s/ Marc B. Merklin
**Marc B. Merklin 0018195**
Signature of Attorney or Litigant
Counsel for **The Midwest Data Company LLC**
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311
330-535-5711 Fax:330-253-8601
mmerklin@brouse.com

# United States Bankruptcy Court
### Northern District of Ohio

In re   The Midwest Data Company LLC                                          Case No.
                                    Debtor(s)                                 Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   11/23/2021                             /s/ David A. Stanfill

                                               **David A. Stanfill**/**President**
                                               Signer/Title

The Midwest Data Company LLC -

Aaron Strating
awstrating@gmail.com

Aditya Chauhan
zeebochauhan@gmail.com

AEP Ohio
301 Cleveland Ave., SW
Canton, OH 44702

Andrew Wolf
30n30w@gmail.com

Arran Gracie
arrangracie@gmail.com

Artem Pylypchuk
articicejuice@gmail.com

Avnet, Inc.
2211 South 47th Street
Phoenix, AZ 85034

Barry Gluntz
barry.gluntz@cnlcasting.com

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014

Fabian Delmotte
fabdel11@msn.com

Henrik Gustafsson
henrik@virtualduck.net

Instantiation

Instantiation, LLC

The Midwest Data Company LLC -

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 E. Ninth Street, Room 493
Cleveland, OH 44199

James Soldi
jsoldi@yahoo.com

Jason Palmer
palmer.thinker@gmail.com

Jonathan Hulecki
10505 Ciwberry Ct
Vienna, VA 22182

Jose A. Rubio
hoserr9@gmail.com

Jose Nunez
admin@croxmoon.com

Lance Colton
lance.colton@gmail.com

Marco Mendoza
Marcomendoza1337@gmail.com

Matthew Peterson
big.galen@gmail.com

Michael Erceg
michael.erceg@gmail.com

Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

The Midwest Data Company LLC -

Office of U.S. Attorney
Attn: Bankruptcy Section
Carl B. Stokes U.S. Court House
801 W. Superior Avenue, Ste 400
Cleveland, OH 44113

Ohio Attorney General
Collections Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Job & Family Svcs
Attn: Legal Support-Bankruptcy
PO Box 182830
Columbus, OH 43218-2830

Ohio Department of Taxation
Attn:  Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

Richard Hall
richard.hall@gmail.com

Richard Ramazinski
richard.ramazinski@gmail.com

Robert Oxsen
sfmining@protonmail.com

Robert Renna
rrenna27@yahoo.com

Spencer Gabriel Singh
spencersingh96@gmail.com

Todd Dallimore
tdallimore@start.ca

The Midwest Data Company LLC -

Yannick Vergult
yannick.vergult@gmail.com