<u>**EXHIBIT B**</u>

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Request for Joint Administration Pending)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**ORDER ON MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR AN ORDER (A) SCHEDULING EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS AND (B) APPROVING FORM AND MANNER OF NOTICE THEREOF**

The above-captioned Debtors and Debtors-in-Possession (each a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>") in the above-captioned Chapter 11 cases (the "<u>Cases</u>"), have moved (the "<u>Motion</u>") for entry of an order: (i) scheduling an expedited hearing to consider certain first day motions filed by the Debtors; and (ii) approving the form and manner of notice thereof. The Court, having reviewed the Motion, and having read the statements of counsel in support of the relief requested in the Motion, finds and concludes that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding, (iii) notice of the Motion was sufficient under the circumstances, and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent provided herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and Midwest Date Company LLC (1213), case no. 21-61492.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. An expedited hearing on each of the First Day Motions is scheduled for **December 1, 2021 at 2:00 p.m., Eastern Time, telephonically** in the Bankruptcy Courtroom at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#**.[2]

4. The form and notice attached to the Motion as Exhibit A to be utilized to provide notice to the parties of the First Day Motions (the "First Day Notice") is approved in all respects.

# # #

SUBMITTED BY:

/s/
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the
Debtors and Debtors-in-Possession*

---

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf