UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Request for Joint Administration Pending)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

## CERTIFICATE OF SERVICE

I, Julie K Zurn, hereby certify that on November 23, 2021 true and correct copies of the following:

1. Motion for an Order: (A)(I) Establishing and Approving Bid Procedures Related to the Sale of Certain of the Debtors' Assets Pursuant to 11 U.S.C. § 105(A), Including the Designation of Stalking Horse Bidder and Related Bid Protections; (II) Approving Contract/Lease Assumption and Assignment Procedures and the Form and Notice Thereof; (III) Scheduling the Auction; (IV) Scheduling a Hearing and Objection Deadline with Respect to the Sale; (V) Approving the Form and Notice Thereof; and (VI) Granting Related Relief; and (B)(I) Authorizing Sale of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief; and

2. Motion to Shorten Time to Respond to, and Expedite the Hearing on the Motion for an Order: (A)(I) Establishing and Approving Bid Procedures Related to the Sale of Certain of the Debtors' Assets Pursuant to 11 U.S.C. § 105(A), Including the Designation of Stalking Horse Bidder and Related Bid Protections; (II) Approving Contract/Lease Assumption and Assignment Procedures and the Form and Notice Thereof; (III) Scheduling the Auction; (IV) Scheduling a Hearing and Objection Deadline with Respect to the Sale; (V) Approving the Form and Notice Thereof; and (VI) Granting Related Relief; and (B)(I) Authorizing Sale of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

1

were served by Regular U.S. Mail, postage prepaid, on the following:

A.G. Adjustments, Ltd.
740 Walt Whitman Rd
Melville, NY 11747

Aaron Holquin
2046 Jamison Pl
Santa Clara, CA 95051

Aaron Reimer
PMB-AR113422
Sumas, WA 98295-9674

Alton Hare
1200 17th St NW
Washington, DC 20036

Amanda McConnell
191 E. 28th Street
Dover, OH 44622

Andrew Gould
4812 Wildflower Drive
North Canton, OH 44720

Avnet Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
Attn: Dennis Losik
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192

Avnet Inc.
2211 South 47th Street
Phoenix, AZ 85034

Ben George
5464 Lake Ave
Orchard Park, NY 14127

Bradley Conn
51 Maple Avenue
Locust Valley, NY 11560

Bradon Pen
56 Varcoe Rd
Courtice, ON L1E 1S5
**CANADA**

Brandon Osbourne
151 Mary Ellen Drive
Charleston, SC 29403

Brett Mashford
35 Oakmoss Dr
SPRINGFIELD LAKES, QLD 4300
**AUSTRALIA**

Brian Fiducci
24463 Norelius Ave
Round Lake, IL 60073

Brian Klinger
4018 Shelby Row
Sugar Land, TX 77479

Carl Forsell
c/o James E.P. Sisto
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229

Chad Clark
876 Jefferson St
Menasha, WI 54952

Cincinnati Insurance
417 Anderson Ferry Rd
Suite 3
Cincinnati, OH 45238

Clarence Smith
3290 Double Creek Dr N., Apt 301
Plainfield, IN 46168

Culligan of Canton
4810 Southway St., SW
Canton, OH 44706

Daniel Hajdu
Graslaan 111
6833CG Arnhem
**NETHERLANDS**

Daniel Russo
120 High Farms Rd
Glen Head, NY 11545

Darien Lyons
45 Elvin Street
Staten Island, NY 10314

Darry Kurpisz
14635 22nd Ave SW
Burien, WA 98166

David Chase, et al.
c/o Michael Maranda
38 Oaklawn Ave
Farmingville, NY 11738

David Reynolds
6046 Jerusalem Drive
Cicero, NY 13039

David Stanfill
772 Treat Blvd.
Tallmadge, OH 44278

Dustin Hooper
11885 W. McDowell Rd
Avondale, AZ 85392

Fabrizio Simonetti
Via Gozzer N 2A
57128 Livorno
**ITALY**

Fernando Molina
5275 SW 146 AVE
Miami, FL 33175

George D. Jimenez
9396 Broadland Street, NW
Massillon, OH 44646

Gilbert Rodriguez
1340 Camp Street
Fabens, TX 79838

GS 8100, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

GS1 US, Inc.
300 Princeton South Corporate Center
Ewing Township, NJ 08628

Heather Bradley
1213 N. Chapel Street
Louisville, OH 44641

Henry Ryan
228 Cranbury Road
Princeton Junction, NJ 08550

Horizon Supply Group
Attn: Jeff Habbyshaw
3691 Honors Way
Howell, MI 48843

Instantiation, LLC
Attn: Sam Cassatt
434 Dorado Beach E
Dorado PR 00646

Isaac Gabriel
Quarles and Brady
One Renissaince Sq
Two North Central Ave
Phoenix, AZ 85004

Israel Garcia
615 Oak Hollow Dr
Newberg, OR 97132

James Holodnak
2910 16th Street, NW
Canton, OH 44708

Jason R. Schendel
Jeannie Kim
Sheppard, Ullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Flr
San Francisco, CA 94111

JC Pack
628 1/2 E San Ysidro Blvd 292
San Ysidro, CA 92173

Jean Viljoen
5 Cape Willow
Hermanus, Western Cape
7200
**SOUTH AFRICA**

Jeffrey Cordell
17517 NW Ashland Drive
Portland, OR 97229

Jessica Gritzan
1280 Linwood Ave SW
North Canton, OH 44720

Joaquim Ginesta
Emili Grahit 6, 4r 1r
17002 Girona
**SPAIN**

Jordan Kupersmith
888 N. Quincy St
Arlington, VA 22203

Josh Luoni
808 8th St
Fairmont, WV 26554

Joshua Harris
209 N. Horner Blvd.
Sanford, NC 27330

JPMorgan Chase Bank
1111 Polaris Pkwy
Columbus, OH 43240

Kimble Companies
3596 SR 39
Dover, OH 44622

Kyle Slutz
1116 W. Nimisila Road
Clinton, OH 44216

Kyle Tricarico
5464 Lake Ave
Orchard Park, NY 14127

Luco Gilardi
Ul. Slivnitsa 188
Sofia 1202
**BULGARIA**

Mario Fortier
10 Orchard Lane
Chelmsford, MA 01824

Marius Nastasenko
Taikos g. 148
Vilnius
Vilniaus Apskritis 5227
**LITHUANIA**

Mark Veon
2547 S. 3rd Street
Milwaukee, WI 53207

Michael Dai
43174 Christy Street
Fremont, CA 94538

Michael Rampton
6222 12th Street, North
Arlington, VA 22205

Michael Riley
2506 SW 23rd Cranbrook Dr
Boynton Beach, FL 33436

Michael Robinson
103 Hunters Ct
Forest, VA 24551

Michael Walker
Associate General Counsel
Avnet Inc.
2211 S. 47th Street
Phoenix, AZ 85034

Miguel Chacon
120 NW 6th Ave
Miami, FL 33128

Mohamed Kazem
27 Orwell Street
Potts Point
SYDNEY, NSW 2011
**AUSTRALIA**

Naoaki Kita
Kigoshimachi
Kanazawa-shi
Ishikawaken 920-0203
JAPAN,

Nick Yarosz
3019 Ellington Dr
Summerville, SC 29485

Nicolas Rochon
4278 Beausoleil
Terrebonne QC J6V 1G1
**CANADA**

NJEB Partners
244 5th Avenue, Ste 1253
New York, NY 10001

One Haines Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

One Skymax Company, LLC
6610 Chatsworth Street, NW
Canton, OH 44718

Pat Clay
72 Baker Dr
Gansevoort, NY 12831

Patrick Nadeau
311 Andrews Rd
Wolcott, CT 06716

Paul Kelsey
1583 E. Primrose Lane
Layton, UT 84040

Peter Ensor
Powerstown House
Clonee, Dublin
D15 YH52
**IRELAND**

Premier Bank
PO Box 248
Defiance, OH 43512

R. Scott Heasley
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122

Rajesh Bhakar
Sector 9d/204, 2nd Flr Akarti Apartment
Jaipur
Rajasthan 302021
**INDIA**

Raymond Wodarczyk
KinzigstraaˆšÃ¼e 28
10247 Berlin
**GERMANY**

Richard Bergstrom
30107 Mountain View Dr
Hayward, CA 94544

Richard Weeks
4199 Defoors Farm Dr
Powder Springs, GA 30127

Robin Wolf
Fasangasse 49
Vienna
Wien 1030
**AUSTRIA**

Ruben Sousa
Av. D. Joâ šÂ£o II, nÂ â 34
1998-031 Lisboa
**PORTUGAL**

Ryan Marfone
98 N. Hawkhurst Cir
The Woodlands, TX 77354

Scott Chen
4058 Case St
Elmhurst, NY 11373

Seth Stanfill
1515 24th Street, NW
Canton, OH 44709

Squirrels LLC
121 Wilbur Drive NE
North Canton, OH 44720

Stefano Chiesa
Via III Novembre 41
38026 Fucine Trentino
 **ITALY**

Thom Kuznia
5733 York Ave S
Edina, MN 55410

Tim Bredemus
9757 Union Terrace Ln N
Maple Grove, MN 55369

Tommy DeFreitas
14114 N. Wind Cave Ct
Conroe, TX 77384

TorEA Consulting
Attn:  Paul Billinger
1 Bow Street
Stouffville, ON  L4A 1Z3
**CANADA**

Trevor Steinle
24106 SE 42nd St
Sammamish, WA 98209

Tri Ho
1180 N. Cherry Way
Anaheim, CA 92801

Troy Keplinger
1730 E. Park St
Enid, OK 73701

U.S. Small Business Administration
District Counsel
1350 Euclid Ave, Suite 211
Cleveland, OH 44115

Uline
12575 Uline Dr
Pleasant Prairie, WI 53138

Welbour Espartero
46 6th Ave NE
Swift Current, SK S9H 2L7
**CANADA**

AEP Ohio
301 Cleveland Ave., SW
Canton, OH 44702

Cincinnati Insurance
6200 S. Gilmore Rd
Fairfield, OH 45014

And the following parties by email:

Aaron Starting at awstrating@gmail.com
Aditya Chauhan at zeebochauhan@gmail.com
Andrew Wolf at 30n30w@gmail.com
Arran Gracie at arrangracie@gmail.com
Artem Pylypchuk at articicejuice@gmail.com
Barry Gluntz at barry.gluntz@cnlcasting.com
Fabian Delmotte at fabdel11@msn.com
Henrik Gustafsson at henrik@virtualduck.net
James Soldi at jsoldi@yahoo.com
Jason Palmer at palmer.thinker@gmail.com
Jose A. Rubio at hoserr9@gmail.com
Jose Nunez at admin@croxmoon.com
Lance Colton at lance.colton@gmail.com
Marco Mendoza at Marcomendoza1337@gmail.com
Matthew Peterson at big.galen@gmail.com
Michael Erceg at michael.erceg@gmail.com
Richard Hall at richard.hall@gmail.com
Richard Ramazinski at richard.ramazinski@gmail.com
Robert Oxsen at sfmining@protonmail.com
Robert Renna at rrenna27@yahoo.com
Spencer Gabriel Singh at spencersingh96@gmail.com
Todd Dallimore at tdallimore@start.ca
Yannick Vergult at yannick.vergult@gmail.com

Dated: November 23, 2021

Respectfully submitted,

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the Debtor and Debtor-in-Possession*

[1361499]

5

21-61492-tnap    Doc 15    FILED 11/24/21    ENTERED 11/24/21 11:50:57    Page 6 of 6