IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | Case No. 21-6149 (RK) |
|---|---|
| The Midwest Data Company, LLC. | Chapter 11 |
| Debtor. | Judge Russ Kendig |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance on behalf of Andrew R. Vara, United States Trustee for Region 9, in this case.

        Respectfully Submitted,

        **ANDREW R. VARA**
        **UNITED STATES TRUSTEE,**
        **REGIONS 3 & 9**

By:   */s/ Kate M. Bradley*
      Kate M. Bradley (0074206)
      Trial Attorney
      U. S. Department of Justice
      Office of the U. S. Trustee
      201 Superior Avenue E, #441
      Cleveland, Ohio 44114
      (216) 522-7800, ext. 255
      (216) 522-7183 (facsimile)
      kate.m.bradley@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on November 24, 2021, a true and correct copy of the foregoing *Notice of Appearance* was served upon the following in the manner indicated:

<u>Via the Court's Electronic Case Filing System:</u>

- Marc Merklin  mmerklin@brouse.com
- Julie Zurn jzurn@brouse.com
- United States Trustee (Registered address)@usdoj.gov

            **ANDREW R. VARA**
            **UNITED STATES TRUSTEE,**
            **REGIONS 3 & 9**

By: */s/ Kate M. Bradley*    .
    Kate M. Bradley (0074206)
    Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    Howard M. Metzenbaum U.S. Courthouse
    201 Superior Avenue E, Suite 441
    Cleveland, Ohio 44114
    (216) 522-7800, ext 255
    (216) 522-7193 (facsimile)
    kate.m.bradley@usdoj.gov