Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 21–61492–rk**

**In re:**
  The Midwest Data Company LLC
  8050 Freedom Avenue NW
  8050 Freedom Avenue NW
  Canton, OH 44720

**Social Security No.:**

**Employer's Tax I.D. No.:**
  84–3221213

## MISSING DOCUMENTS NOTICE

**To the Parties in Interest:**

The above referenced case was filed in this court on November 23, 2021. The petition is missing the following required documents:

   Summary of Schedules and Liabilities, Schedules A/B, D, E/F, G, H, Statement of Financial Affairs, Disclosure of Attorney Compensation, Balance Sheet, Statement of Operations, Cash flow statement, Federal income tax return


Pursuant to Bankruptcy Rule 1007(C), these papers must be filed within 14 days of the filing of the petition. Failure to comply will cause an Order to Show Cause why this case should not be dismissed to be entered. Filing due date December 7, 2021.

**Dated:** November 24, 2021                                                                     For the Court
Form ohnb259                                                                                     Josiah C. Sell, Clerk