**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Russ Kendig
United States Bankruptcy Judge**

**Dated: 03:10 PM November 24, 2021**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| THE MIDWEST DATA COMPANY LLC, | ) ) | CASE NO. 21-61492 |
| | ) | JUDGE RUSS KENDIG |
| DEBTOR. | ) | |
| | ) | **SUBCHAPTER V** |
| | ) | **SCHEDULING ORDER** |
| | ) | |

Debtor indicates it is a small business debtor under Subchapter V of Chapter 11 of the Bankruptcy Code, thereby electing to proceed under § 1187 *et seq*. The court therefore orders:

1. Debtor shall comply with the applicable requirements addressed in § 1187 and other referenced provisions.

2. The court will hold a § 1188(a) status conference by telephone on **January 11, 2022 at 2:00pm**. The parties shall use the telephonic hearing procedures set forth in Judge Kendig's memorandum dated March 18, 2020, available at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf.

3. Debtor shall file a status report in compliance with § 1188(c) no less than fourteen (14) days before the status conference scheduled in paragraph two.

4. In accordance with § 1189(a), Debtor shall file a plan no later than ninety (90) days

after the order for relief in this case. The plan shall comply with §§ 1190, 1191 and other applicable provisions, including § 1129.

Failure to comply with this order may result in dismissal of the case or other action by the court.

It is so ordered.

#  #  #

**<u>Service List:</u>**

Marc Merklin
Julie Zurn
388 S. Main Street, Suite 500
Akron, OH   44311

Kate M. Bradley
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114