In re:  
The Midwest Data Company LLC  
    Debtor

Case No. 21-61492-rk  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: lbald     Page 1 of 2  
Date Rcvd: Nov 24, 2021     Form ID: pdf621     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Midwest Data Company LLC, 8050 Freedom Avenue NW, 8050 Freedom Avenue NW, Canton, OH 44720-6912 |
| 27110900 | + | AEP Ohio, 301 Cleveland Ave., SW, Canton, OH 44702-1623 |
| 27110906 | + | Cincinnati Insurance, 6200 S. Gilmore Rd, Fairfield, OH 45014-5141 |
| 27110915 | + | Jonathan Hulecki, 10505 Ciwberry Ct, Vienna, VA 22182-1809 |
| 27110922 | + | Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110925 | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |
| 27110923 | ++ | U S ATTORNEY'S OFFICE, ATTN BANKRUPTCY UNIT, 801 WEST SUPERIOR AVE SUITE 400, CLEVELAND OH 44113-1852 address filed with court:, Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Nov 24 2021 20:26:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |
| 27110904 | + | Email/Text: Mary.pacini@avnet.com | Nov 24 2021 20:26:00 | Avnet, Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110912 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 20:26:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199 |
| 27110924 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 24 2021 20:26:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110926 | | Email/Text: uibankruptcy@jfs.ohio.gov | Nov 24 2021 20:26:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110927 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 24 2021 20:26:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27110923 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Nov 24 2021 20:26:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**     **Name and Address**

| | | |
|---|---|---|
| 27110898 | | Aaron Strating, awstrating@gmail.com |
| 27110899 | | Aditya Chauhan, zeebochauhan@gmail.com |
| 27110901 | | Andrew Wolf, 30n30w@gmail.com |
| 27110902 | | Arran Gracie, arrangracie@gmail.com |
| 27110903 | | Artem Pylypchuk, articicejuice@gmail.com |
| 27110905 | | Barry Gluntz, barry.gluntz@cnlcasting.com |
| 27110907 | | Fabian Delmotte, fabdel11@msn.com |
| 27110908 | | Henrik Gustafsson, henrik@virtualduck.net |
| 27110909 | | Instantiation |
| 27110910 | | Instantiation, LLC |
| 27110913 | | James Soldi, jsoldi@yahoo.com |
| 27110914 | | Jason Palmer, palmer.thinker@gmail.com |
| 27110916 | | Jose A. Rubio, hoserr9@gmail.com |
| 27110917 | | Jose Nunez, admin@croxmoon.com |
| 27110918 | | Lance Colton, lance.colton@gmail.com |
| 27110919 | | Marco Mendoza, Marcomendoza1337@gmail.com |
| 27110920 | | Matthew Peterson, big.galen@gmail.com |
| 27110921 | | Michael Erceg, michael.erceg@gmail.com |
| 27110928 | | Richard Hall, richard.hall@gmail.com |
| 27110929 | | Richard Ramazinski, richard.ramazinski@gmail.com |
| 27110930 | | Robert Oxsen, sfmining@protonmail.com |
| 27110931 | | Robert Renna, rrenna27@yahoo.com |
| 27110932 | | Spencer Gabriel Singh, spencersingh96@gmail.com |
| 27110933 | | Todd Dallimore, tdallimore@start.ca |
| 27110934 | | Yannick Vergult, yannick.vergult@gmail.com |
| 27110911 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 25 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

**Name**      **Email Address**

Julie K. Zurn
on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com tpalcic@brouse.com

Kate M. Bradley ust44
on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov

Marc Merklin
on behalf of Debtor The Midwest Data Company LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com

TOTAL: 3

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



_____
**Russ Kendig
United States Bankruptcy Judge**

**Dated: 03:10 PM November 24, 2021**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| THE MIDWEST DATA ) | CASE NO. 21-61492 |
| COMPANY LLC, ) | |
| ) | JUDGE RUSS KENDIG |
| DEBTOR. ) | |
| ) | **SUBCHAPTER V** |
| ) | **SCHEDULING ORDER** |
| ) | |

Debtor indicates it is a small business debtor under Subchapter V of Chapter 11 of the Bankruptcy Code, thereby electing to proceed under § 1187 *et seq.* The court therefore orders:

1. Debtor shall comply with the applicable requirements addressed in § 1187 and other referenced provisions.

2. The court will hold a § 1188(a) status conference by telephone on **January 11, 2022 at 2:00pm**. The parties shall use the telephonic hearing procedures set forth in Judge Kendig's memorandum dated March 18, 2020, available at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf.

3. Debtor shall file a status report in compliance with § 1188(c) no less than fourteen (14) days before the status conference scheduled in paragraph two.

4. In accordance with § 1189(a), Debtor shall file a plan no later than ninety (90) days

after the order for relief in this case. The plan shall comply with §§ 1190, 1191 and other applicable provisions, including § 1129.

Failure to comply with this order may result in dismissal of the case or other action by the court.

It is so ordered.

#     #     #

**Service List:**

Marc Merklin
Julie Zurn
388 S. Main Street, Suite 500
Akron, OH   44311

Kate M. Bradley
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114