In re:  Case No. 21-61492-rk

The Midwest Data Company LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6  User: lbald  Page 1 of 2
Date Rcvd: Nov 24, 2021  Form ID: pdf755  Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Midwest Data Company LLC, 8050 Freedom Avenue NW, 8050 Freedom Avenue NW, Canton, OH 44720-6912 |
| 27110900 | + | AEP Ohio, 301 Cleveland Ave., SW, Canton, OH 44702-1623 |
| 27110906 | + | Cincinnati Insurance, 6200 S. Gilmore Rd, Fairfield, OH 45014-5141 |
| 27110915 | + | Jonathan Hulecki, 10505 Ciwberry Ct, Vienna, VA 22182-1809 |
| 27110922 | + | Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110925 | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |
| 27110923 | ++ | U S ATTORNEY'S OFFICE, ATTN BANKRUPTCY UNIT, 801 WEST SUPERIOR AVE SUITE 400, CLEVELAND OH 44113-1852 address filed with court:, Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27110904 | + | Email/Text: Mary.pacini@avnet.com | Nov 24 2021 20:26:00 | Avnet, Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110912 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 20:26:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199 |
| 27110924 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 24 2021 20:26:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110926 | | Email/Text: uibankruptcy@jfs.ohio.gov | Nov 24 2021 20:26:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110927 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 24 2021 20:26:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27110923 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Nov 24 2021 20:26:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27110898 | | Aaron Strating, awstrating@gmail.com |
| 27110899 | | Aditya Chauhan, zeebochauhan@gmail.com |
| 27110901 | | Andrew Wolf, 30n30w@gmail.com |
| 27110902 | | Arran Gracie, arrangracie@gmail.com |

| | | |
|---|---|---|
| 27110903 | | Artem Pylypchuk, articicejuice@gmail.com |
| 27110905 | | Barry Gluntz, barry.gluntz@cnlcasting.com |
| 27110907 | | Fabian Delmotte, fabdel11@msn.com |
| 27110908 | | Henrik Gustafsson, henrik@virtualduck.net |
| 27110909 | | Instantiation |
| 27110910 | | Instantiation, LLC |
| 27110913 | | James Soldi, jsoldi@yahoo.com |
| 27110914 | | Jason Palmer, palmer.thinker@gmail.com |
| 27110916 | | Jose A. Rubio, hoserr9@gmail.com |
| 27110917 | | Jose Nunez, admin@croxmoon.com |
| 27110918 | | Lance Colton, lance.colton@gmail.com |
| 27110919 | | Marco Mendoza, Marcomendoza1337@gmail.com |
| 27110920 | | Matthew Peterson, big.galen@gmail.com |
| 27110921 | | Michael Erceg, michael.erceg@gmail.com |
| 27110928 | | Richard Hall, richard.hall@gmail.com |
| 27110929 | | Richard Ramazinski, richard.ramazinski@gmail.com |
| 27110930 | | Robert Oxsen, sfmining@protonmail.com |
| 27110931 | | Robert Renna, rrenna27@yahoo.com |
| 27110932 | | Spencer Gabriel Singh, spencersingh96@gmail.com |
| 27110933 | | Todd Dallimore, tdallimore@start.ca |
| 27110934 | | Yannick Vergult, yannick.vergult@gmail.com |
| 27110911 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 25 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Julie K. Zurn | |
| | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com tpalcic@brouse.com |
| Marc Merklin | |
| | on behalf of Debtor The Midwest Data Company LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com |

TOTAL: 2

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



_/s/ Russ Kendig_
**Russ Kendig
United States Bankruptcy Judge**

**Dated: 08:35 AM November 24, 2021**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Request for Joint Administration Pending)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

**ORDER APPROVING MOTION TO SHORTEN TIME TO RESPOND TO, AND EXPEDITE THE HEARING ON THE MOTION FOR AN ORDER (A)(I) ESTABLISHING AND APPROVING BID PROCEDURES RELATED TO THE SALE OF CERTAIN OF THE DEBTORS' ASSETS PURSUANT TO 11 U.S.C. § 105(A), INCLUDING THE DESIGNATION OF A STALKING HORSE BIDDER AND RELATED BID PROTECTIONS; (II) APPROVING CONTRACT/LEASE ASSUMPTION AND ASSIGNMENT PROCEDURES AND THE FORM AND NOTICE THEREOF; (III) SCHEDULING THE AUCTION; (IV) SCHEDULING A HEARING AND OBJECTION DEADLINE WITH RESPECT TO THE SALE; (V) APPROVING THE FORM AND NOTICE THEREOF; AND (VI) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING SALE OF CERTAIN OF DEBTOR'S PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO 11 U.S.C. §§ 105 AND 363; AND (II) APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

This matter came to be considered on the Motion (the "**Motion**") of the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors"), in the above-captioned Chapter 11 cases (the "Cases"), for an Order Pursuant to sections 102 and 105 of the Bankruptcy Code, Rules 2002(a)(6), 9006(c) and 9007 of the Bankruptcy Rules, and Rule 9013-1 of the Local Rules to Shorten the Response Time and Expedite the Hearing for the Motion for an Order: (A)(I) Establishing and Approving Bid Procedures Related to the Sale of the Debtor's Properties Pursuant to 11 U.S.C. § 105(A), Including the Designation of Stalking Horse Bidder and Related Bid Protections; (II) Approving Contract/Lease Assumption and Assignment Procedures and the Form and Notice Thereof; (III) Scheduling the Auction; (IV) Scheduling a Hearing and Objection Deadline with Respect to the Sale; (V) Approving the Form and Notice Thereof; and (VI) Granting Related Relief; and (B)(I) Authorizing Sale of Debtor's Properties Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §§ 105 and 363; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief (the "**Sale Motion**"). The Court, having reviewed the Motion, finds as follows: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) this Court is the proper venue for this Chapter 11 case and the Motion pursuant to 28 U.S.C. §§ 1408 and 1409 and the Local Bankruptcy Rules; (d) notice of the Motion was sufficient and proper under the circumstances; and (e) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Capitalized Terms not otherwise defined herein shall have the meanings given to them in the Sale Motion.

3. Cause exists to shorten the time to respond to the Sale Motion. Responses to the Sale Motion will be due **November 30, 2021 by 11:59 p.m. (EST).**

4. An expedited hearing on Sale Motion on will be set for **December 1, 2021** at **2:00 p.m. (EST) (the "Hearing").** The Hearing will be held **telephonically** in the Bankruptcy Courtroom at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#**.[2]

# # #

SUBMITTED BY:

*/s/ Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE MCDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the Debtor
and Debtor-in-Possession*

---

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf