In re:  Case No. 21-61492-rk

The Midwest Data Company LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: lbald     Page 1 of 2
Date Rcvd: Nov 24, 2021     Form ID: pdf802     Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Midwest Data Company LLC, 8050 Freedom Avenue NW, 8050 Freedom Avenue NW, Canton, OH 44720-6912 |
| 27110900 | + | AEP Ohio, 301 Cleveland Ave., SW, Canton, OH 44702-1623 |
| 27110906 | + | Cincinnati Insurance, 6200 S. Gilmore Rd, Fairfield, OH 45014-5141 |
| 27110915 | + | Jonathan Hulecki, 10505 Ciwberry Ct, Vienna, VA 22182-1809 |
| 27110922 | + | Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110925 | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |
| 27110923 | ++ | U S ATTORNEY'S OFFICE, ATTN BANKRUPTCY UNIT, 801 WEST SUPERIOR AVE SUITE 400, CLEVELAND OH 44113-1852 address filed with court:, Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27110904 | + | Email/Text: Mary.pacini@avnet.com | Nov 24 2021 20:26:00 | Avnet, Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110912 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2021 20:26:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199 |
| 27110924 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 24 2021 20:26:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110926 | | Email/Text: uibankruptcy@jfs.ohio.gov | Nov 24 2021 20:26:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110927 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Nov 24 2021 20:26:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27110923 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Nov 24 2021 20:26:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27110898 | | Aaron Strating, awstrating@gmail.com |
| 27110899 | | Aditya Chauhan, zeebochauhan@gmail.com |
| 27110901 | | Andrew Wolf, 30n30w@gmail.com |
| 27110902 | | Arran Gracie, arrangracie@gmail.com |

| | | |
|---|---|---|
| 27110903 | | Artem Pylypchuk, articicejuice@gmail.com |
| 27110905 | | Barry Gluntz, barry.gluntz@cnlcasting.com |
| 27110907 | | Fabian Delmotte, fabdel11@msn.com |
| 27110908 | | Henrik Gustafsson, henrik@virtualduck.net |
| 27110909 | | Instantiation |
| 27110910 | | Instantiation, LLC |
| 27110913 | | James Soldi, jsoldi@yahoo.com |
| 27110914 | | Jason Palmer, palmer.thinker@gmail.com |
| 27110916 | | Jose A. Rubio, hoserr9@gmail.com |
| 27110917 | | Jose Nunez, admin@croxmoon.com |
| 27110918 | | Lance Colton, lance.colton@gmail.com |
| 27110919 | | Marco Mendoza, Marcomendoza1337@gmail.com |
| 27110920 | | Matthew Peterson, big.galen@gmail.com |
| 27110921 | | Michael Erceg, michael.erceg@gmail.com |
| 27110928 | | Richard Hall, richard.hall@gmail.com |
| 27110929 | | Richard Ramazinski, richard.ramazinski@gmail.com |
| 27110930 | | Robert Oxsen, sfmining@protonmail.com |
| 27110931 | | Robert Renna, rrenna27@yahoo.com |
| 27110932 | | Spencer Gabriel Singh, spencersingh96@gmail.com |
| 27110933 | | Todd Dallimore, tdallimore@start.ca |
| 27110934 | | Yannick Vergult, yannick.vergult@gmail.com |
| 27110911 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 25 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Julie K. Zurn | |
| | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com  tpalcic@brouse.com |
| Marc Merklin | |
| | on behalf of Debtor The Midwest Data Company LLC mmerklin@brouse.com  tpalcic@brouse.com;mmiller@brouse.com |

TOTAL: 2

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



_____
Russ Kendig
United States Bankruptcy Judge

**Dated: 08:35 AM November 24, 2021**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC *et al.*,[1] | ) | Case No. 21-61491 |
| | ) | *(Request for Joint Administration Pending)* |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |

### ORDER ON MOTION OF DEBTORS AND DEBTORS-IN-POSSESSION FOR AN ORDER (A) SCHEDULING EXPEDITED HEARING ON CERTAIN FIRST DAY MOTIONS AND (B) APPROVING FORM AND MANNER OF NOTICE THEREOF

The above-captioned Debtors and Debtors-in-Possession (each a "Debtor" and collectively, the "Debtors") in the above-captioned Chapter 11 cases (the "Cases"), have moved (the "Motion") for entry of an order: (i) scheduling an expedited hearing to consider certain first day motions filed by the Debtors; and (ii) approving the form and manner of notice thereof. The Court, having reviewed the Motion, and having read the statements of counsel in support of the relief requested in the Motion, finds and concludes that (i) it has jurisdiction over this matter

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and Midwest Date Company LLC (1213), case no. 21-61492.

pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding, (iii) notice of the Motion was sufficient under the circumstances, and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent provided herein.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

3. An expedited hearing on each of the First Day Motions is scheduled for **December 1, 2021 at 2:00 p.m., Eastern Time, telephonically** in the Bankruptcy Courtroom at the Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702, **Dial In: (888) 684-8852; Access Code: 3303949#**.[2]

4. The form and notice attached to the Motion as Exhibit A to be utilized to provide notice to the parties of the First Day Motions (the "First Day Notice") is approved in all respects.

# # #

SUBMITTED BY:

/s/ *Julie K. Zurn*
Marc B. Merklin (0018195)
Julie K. Zurn (0066391)
BROUSE McDOWELL, LPA
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com
jzurn@brouse.com

*Proposed Counsel for the
Debtors and Debtors-in-Possession*

---

[2] For further details on telephonic participation, please refer to Judge Kendig's Notice of Telephonic Hearing Procedure, dated March 18, 2020, at https://www.ohnb.uscourts.gov/sites/default/files/memoranda/telephonic-hearing-procedure-31820.pdf