# Midwest Data Company LLC

## Balance Sheet
### As of October 31, 2021

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     MWDC Checking (7939) | 41.15 |
|     MWDC Wire Acct (7962) | 24.00 |
|   **Total Bank Accounts** | **$65.15** |
|   Accounts Receivable | |
|     Accounts Receivable (A/R) | 53,514.96 |
|   **Total Accounts Receivable** | **$53,514.96** |
|   **Total Current Assets** | **$53,580.11** |
| **TOTAL ASSETS** | **$53,580.11** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|   Accounts Payable | |
|     Accounts Payable (A/P) | 24,030.97 |
|   **Total Accounts Payable** | **$24,030.97** |
|   **Total Current Liabilities** | **$24,030.97** |
|   **Total Liabilities** | **$24,030.97** |
|   Equity | |
|     Retained Earnings | 53.78 |
|     Net Income | 29,495.36 |
|   **Total Equity** | **$29,549.14** |
| **TOTAL LIABILITIES AND EQUITY** | **$53,580.11** |

# Midwest Data Company LLC

## Profit and Loss
### January - October, 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|    Hosting Service Fees | 277,750.58 |
| **Total Income** | **$277,750.58** |
| **Cost of Goods Sold** | |
|    Cost of Labor | 19,679.14 |
|    Health Insurance | 3,980.57 |
|    Payroll Expenses | 583.64 |
|    Payroll Taxes | 7,262.96 |
| **Total Cost of Goods Sold** | **$31,506.31** |
| **GROSS PROFIT** | **$246,244.27** |
| **Expenses** | |
|    Bank Charges & Fees | 546.00 |
|    CC Reimbursement | 923.00 |
|    Insurance | 24,647.00 |
|    Legal & Professional Services | 1,391.25 |
|    Office Supplies & Software | 1,325.65 |
|    Other Business Expenses | 0.00 |
|    PayPal Service Fees | 154.76 |
|    Rent | 86,673.26 |
|    Utilities | 101,087.99 |
| **Total Expenses** | **$216,748.91** |
| **NET OPERATING INCOME** | **$29,495.36** |
| **NET INCOME** | **$29,495.36** |

# Midwest Data Company LLC

## Statement of Cash Flows
### January - October, 2021

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 29,495.36 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | -53,514.96 |
| Accounts Payable (A/P) | 24,030.97 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-29,483.99** |
| **Net cash provided by operating activities** | **$11.37** |
| NET CASH INCREASE FOR PERIOD | $11.37 |
| Cash at beginning of period | 53.78 |
| CASH AT END OF PERIOD | **$65.15** |