**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Squirrels Research Labs LLC *et al*[1],<br><br>                    Debtors. | Case No. 21-61491 (RK)<br><br>Chapter 11<br><br>Judge Russ Kendig |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

**Frederic P. Schwieg**
**2705 Gibson Drive**
**Rocky River, Ohio 44116-3008**
**(440) 499-4506**
**fschwieg@schwieglaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is

attached to this notice.

Respectfully Submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

By:    */s/ Kate M. Bradley*
        Kate M. Bradly (0074206)
        Trial Attorney
        U. S. Department of Justice
        Office of the U. S. Trustee
        201 Superior Avenue E, #441
        Cleveland, Ohio 44114
        (216) 522-7800, ext. 255
        kate.m.bradley@usdoj.gov

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on November  30, 2021, a true and correct copy of the foregoing *Notice of Appointment of Subchapter V Trustee* was served:

<u>Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:</u>
s

- •  Marc Merklin  mmerklin@brouse.com
- • Julie Zurn jzurn@brouse.com
- • John Cannizzaro john.canizzaro@icemiller.com
- • Frederic P. Schwieg fschwieg@schwieglaw.com
- • Christopher Combest Christopher.combest@quarles.com

           */s/ Kate M. Bradley*
           Kate M. Bradley (0074206)
           Trial Attorney
           U.S. Department of Justice
           Office of the U.S. Trustee
           201 Superior Avenue, E. #441
           Cleveland, Ohio 44114
           (216) 522-7800, ext. 255
           (216) 522-7193 (facsimile)
           kate.m.bradley@usdoj.gov