United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 21-61492-rk
The Midwest Data Company LLC     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: lbald     Page 1 of 1
Date Rcvd: Nov 29, 2021     Form ID: 141     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

**Recip ID     Recipient Name and Address**
+   Kate Bradley, Office of the US Trustee, 201 Superior Ave E, #441, Cleveland, OH 44114-1234

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

**Name     Email Address**

Julie K. Zurn
    on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com tpalcic@brouse.com

Kate M. Bradley ust44
    on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov

Marc Merklin
    on behalf of Debtor The Midwest Data Company LLC mmerklin@brouse.com tpalcic@brouse.com;mmiller@brouse.com

TOTAL: 3

United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Kate Bradley  **Case Number:** 21−61492−rk

**Debtor(s):** The Midwest Data Company LLC  **Judge:** RUSS KENDIG

**Re:** Motions/Pleadings/Filings for Judge's Consideration
   Notice of Appearance

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
- ☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
- ☐ Attachments missing or incorrectly filed.
- ☑ Case ☐ Closed ☐ Dismissed ☑ Number incorrect ☐ Transferred ☐ Caption Incorrect.
- ☐ Certificate of service indicating name and address of parties served and date of service required.
- ☐ Exhibit A not attached.
- ☐ Form B121 required.
- ☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
- ☐ Signature Declaration missing.
- ☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
- ☐ Incorrect PDF Attached.
- ☐ No Means Testing Form
- ☐ Other. See Comments/Instructions.

**Comments/Instructions:**

Deputy Clerk: **/s/ Lynn Baldwin**
Date: **11/29/2021**
Form ohnb141