| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Squirrels Research Labs LLC, *et al.,*[1] | ) | Case No. 21-61491 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Russ Kendig |
| _____ | ) | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

_____

### Introduction

Squirrels Research Labs LLC ("SQRL") and the Midwest Data Company LLC ('MWDC"), as debtors and debtors-in- possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") and together with the Schedules, (the "Schedules and Statements") with the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 1007-2 of the Local Bankruptcy Rules (the "Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Squirrels Research Labs LLC (9310), case no. 21-61491 and The Midwest Data Company LLC (1213), case no. 21-61492.

in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. ln no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. David Stanfill, the Debtors' President, has signed each of the Schedules and Statements. Mr. Stanfill is an authorized signatory for each of the Debtors. ln reviewing and signing the Schedules and Statements, Mr. Stanfill has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Stanfill has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, objections to Claims, substantive consolidation, defenses, equitable subordination, characterization or recharacterization of contracts, assumption or rejection of contracts or leases under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2. **Description of Cases and "As Of" Information Date**. On November 23, 2021 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to section 1184 of the Bankruptcy Code.

On December 1, 2021, the Bankruptcy Court entered the Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [Docket No. 38].

The asset and liability information provided herein represents the asset and liability data of the Debtors as of the close of business on November 22, 2021, except as otherwise noted.

3. **Net Book Value of Assets**. Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of November 22, 2021. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

4. **Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5. **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6. **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and accrued taxes. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. ln addition, certain immaterial assets and liabilities may have been excluded.

7. **Insiders**. For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) members; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' members, officers or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31)

of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision making or corporate authority of such individual; or (d) whether the Debtors or such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

8. **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9. **Executory Contracts and Leases**. The Debtors made diligent attempts to attribute an executory contract or lease to its rightful Debtor. However, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and leases, including the right to amend Schedule G.

10. **Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims, as appropriate.

11. **Claims Description**. Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, amount, liability, validity, priority or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors and the Debtors reserved the right to amend the Schedules and Statements accordingly.

12. **Causes of Action**. Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non- bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

- Underdetermined or Unknown Amounts. The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are undetermined amounts, the actual total may be different than the listed total.

- Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment, except where noted.

14. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17. **Global Notes Control**. ln the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedules Summary**. Except as otherwise noted, the asset and liability information provided herein represents the Debtors' data as of the close of business on the Petition Date.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule D**. The Debtors have not included parties that may believe their Claims are secured through setoff rights.

ln response to "Describe debtor's property that is subject to lien", any description of the creditor's liens or its priority herein is qualified in its entirety by reference to the operative documents, agreements, schedules,

any amendments and exhibits to the preceding and any documents evidencing perfection of such lien. The Debtor is taking no position on the extent or priority of a particular creditor's lien in this document.

ln response to "Describe the lien", see statement above regarding property subject to lien.

**Schedule E/F**.  Certain of the Claims of state and local taxing authorities set forth in Schedule E/F, ultimately may be deemed to be secured Claims pursuant to state or local laws.

Certain of the Claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether Claims owing to various taxing authorities are entitled to priority, and the listing of any Claim on Schedule E/F does not constitute an admission that such Claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

The Claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert Claims objections and/or setoffs with respect to the same.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule F does not include entries related to Workers Compensation Claims, the disclosure of which may be a violation of HIPAA laws. These creditors have been included in the creditor matrix and will receive proofs of claim forms to be filed if they believe they have a Claim against a Debtor.

**Schedule G**. Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule G. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. ln addition, the Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

Certain confidentiality, customer and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise

specified on Schedule G, it is the Debtors' intent that each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

**Fill in this information to identify the case:**

Debtor name   **The Midwest Data Company LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **21-61492**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/7/2021**    x _(signature)_____
Signature of individual signing on behalf of debtor

**David A. Stanfill**
Printed name

**President**
Position or relationship to debtor

Debtor name   **The Midwest Data Company LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **21-61492**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                 12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................   $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................   $ _____ 240,293.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................   $ _____ 240,293.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................   $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$ _____ 17,089.09

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b            $ _____ 17,089.09

Debtor name **The Midwest Data Company LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number (if known) **21-61492**

☐ Check if this is an
 amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank** | **Checking** | **7939** | **$1,751.04** |
| 3.2. | **JPMorgan Chase Bank** | **Checking** | **7962** | **$0.00** |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,751.04 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Utility security deposit to AEP Ohio** | **$13,635.00** |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

21-61492-rk    Doc 36    FILED 12/09/21    ENTERED 12/09/21 16:04:38    Page 10 of 37

9.      **Total of Part 2.**                                                          | $13,635.00 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **224,906.96** - _____ **0.00** = ....     **$224,906.96**

              face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                          | $224,906.96 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer list** | **$0.00** | | **Unknown** |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ☐ No
    ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** **Cincinnati Insurance Company - casualty and business interruption policies** | **Unknown** |
| 74.  **Causes of action against third parties (whether or not a lawsuit** | |

has been filed)

**Claim against Michael Maranda**                         **Unknown**

| **Nature of claim** | **Unpaid hosting fees** |
| --- | --- |
| **Amount requested** | **$53,514.96** |

---

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| --- | --- | --- |
| | **Cincinnati Insurance - insurance claim relating to July 15, 2021 fire** | **Unknown** |

| **Nature of claim** | **Fire and business interruption** |
| --- | --- |
| **Amount requested** | **$0.00** |

---

| 76. | **Trusts, equitable or future interests in property** |
| --- | --- |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.** |

                Add lines 71 through 77. Copy the total to line 90.                          **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,751.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,635.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $224,906.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $240,293.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $240,293.00 |

**Fill in this information to identify the case:**

Debtor name    **The Midwest Data Company LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **21-61492**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **The Midwest Data Company LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    **21-61492**

☐ Check if this is an
    amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

      ☐ No. Go to Part 2.

      ■ Yes. Go to line 2.

   2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
      with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| | | |
|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | **Internal Revenue Service**<br>**Insolvency Group 6**<br>**1240 E. Ninth Street, Room 493**<br>**Cleveland, OH 44199** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Total claim: **$0.00**    Priority amount: **$0.00**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Office of U.S. Attorney**<br>**Attn: Bankruptcy Section**<br>**Carl B. Stokes U.S. Court House**<br>**801 W. Superior Avenue, Ste 400**<br>**Cleveland, OH 44113** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Ohio Attorney General**<br>**Collections Enforcement Section**<br>**Attn: Bankruptcy Unit**<br>**30 E. Broad Street, 14th Floor**<br>**Columbus, OH 43215** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Ohio Bureau of Workers'**<br>**Compensation**<br>**Attn: Law Section Bankruptcy Unit**<br>**PO Box 15567**<br>**Columbus, OH 43215-0567** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| | **Ohio Department of Job & Family**<br>**Svcs**<br>**Attn: Legal Support-Bankruptcy**<br>**PO Box 182830**<br>**Columbus, OH 43218-2830** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Ohio Department of Taxation**<br>**Attn:  Bankruptcy Division**<br>**PO Box 530**<br>**Columbus, OH 43216-0530** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,089.09 |
| --- | --- | --- | --- |
| | **AEP Ohio**<br>**301 Cleveland Ave., SW**<br>**Canton, OH 44702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  __Utility__<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |
| | **Michael Maranda**<br>**38 Oaklawn Ave**<br>**Farmingville, NY 11738** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  __2021__<br>Last 4 digits of account number __ | Basis for the claim:  __Alleged loss of revenue__<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 17,089.09 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 17,089.09 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Hosted customer** | |
| State the term remaining | **Aaron Strating**<br>**411B Vancouver St**<br>**Victoria, BC V8V 3T4**<br>**CANADA** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Hosted customer** | |
| State the term remaining | **Aditya Chauhan**<br>**1429 Bay Ridge Ave, FL 2**<br>**Brooklyn, NY 11219** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Hosted customer** | |
| State the term remaining | **Andrew Wolf**<br>**1960 SW Old Sheridan Rd**<br>**McMinnville, OR 97128** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Hosted customer** | |
| State the term remaining | **Arran Gracie**<br>**221 Southwest Alder St**<br>**Portland, OR 97204** |
| List the contract number of any government contract | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** | |
|---|---|---|---|
| | State the term remaining | | **Artem Pylypchuk** |
| | List the contract number of any government contract | | **articicejuice@gmail.com** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Account settlement and sale support agreement** | |
|---|---|---|---|
| | State the term remaining | | **Avnet, Inc.** |
| | List the contract number of any government contract | | **2211 South 47th Street**<br>**Phoenix, AZ 85034** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** | |
|---|---|---|---|
| | State the term remaining | | **Barry Gluntz** |
| | List the contract number of any government contract | | **2350 Winfield Ave**<br>**Rocky River, OH 44116** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Cincinnati Insurance** |
| | List the contract number of any government contract | | **6200 S. Gilmore Rd**<br>**PO Box 145496**<br>**Cincinnati, OH 45250-5496** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** | |
|---|---|---|---|
| | State the term remaining | | **David Burlington** |
| | List the contract number of any government contract | | **38 Bryant Street, Apt. 804**<br>**San Francisco, CA 94105** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** | |
|---|---|---|---|
| | State the term remaining | | **Fabian Delmotte** |
| | List the contract number of any | | **Rue de Favence 29**<br>**Nandrin  4550**<br>**BELGIUM** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
| | State the term remaining | **Haley Williams** |
| | List the contract number of any government contract | **518 Washington St**<br>**Santa Cruz, CA 95060** |

| | | |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
| | State the term remaining | **Henrik Gustafsson** |
| | List the contract number of any government contract | **U 10 54 Kay St**<br>**Scarborough, WA 6019**<br>**AUSTRALIA** |

| | | |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement** |
| | State the term remaining | **Instantiation, LLC** |
| | List the contract number of any government contract | **Attn: Sam Cassatt**<br>**434 Dorado Beach E**<br>**Dorado, PR 00646** |

| | | |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Hosting Agreement** |
| | State the term remaining | **Instantiation, LLC** |
| | List the contract number of any government contract | **Attn: Sam Cassatt**<br>**434 Dorado Beach E**<br>**Dorado, PR 00646** |

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
| | State the term remaining | **James Soldi** |
| | List the contract number of any government contract | **2208B Clark Ln**<br>**Redondo Beach, CA 90278** |

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
| | | **Jason Palmer**<br>**4000 Davey St., Apt 608**<br>**New Orleans, LA 70122** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jonathan Hulecki 10505 Ciwberry Ct Vienna, VA 22182** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jose A. Rubio 15925 Hopper Ln San Diego, CA 92127** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jose Nunez admin@croxmoon.com** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Lance Colton 301-10140 150 St NW Edmonton, AB T5P 1P1 CANADA** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Marco Mendoza 29407 Pyrite St Menifee, CA 92584** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.**  State what the contract or lease is for and the nature of the debtor's interest    **Hosted customer**

State the term remaining

List the contract number of any government contract

Matthew Peterson
3390 Stratford Rd NE
Unit 516
Atlanta, GA 30326

---

**2.23.**  State what the contract or lease is for and the nature of the debtor's interest    **Hosted customer**

State the term remaining

List the contract number of any government contract

Michael Erceg
michael.erceg@gmail.com

---

**2.24.**  State what the contract or lease is for and the nature of the debtor's interest    **Hosted customer**

State the term remaining

List the contract number of any government contract

Richard Hall
61 Falkirk Ave
Wellington, WGN 6022
NEW ZEALAND

---

**2.25.**  State what the contract or lease is for and the nature of the debtor's interest    **Hosted customer**

State the term remaining

List the contract number of any government contract

Richard Ramazinski
1000 Flower Drive
STE LKS 2035
Glendale, CA 91201

---

**2.26.**  State what the contract or lease is for and the nature of the debtor's interest    **Hosted customer**

State the term remaining

List the contract number of any government contract

Robert Oxsen, SF Mining
12795 Lowhills Rd
Nevada City, CA 95959

---

**2.27.**  State what the contract or lease is for and the nature of the debtor's interest    **Hosted customer**

State the term remaining

List the contract number of any

Robert Renna
48 Samantha Dr
Morganville, NJ 07751

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Spencer Gabriel Singh** <br> **spencersingh96@gmail.com** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Todd Dallimore** <br> **tdallimore@start.ca** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Hosted customer** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Yannick Vergult** <br> **yannick.vergult@gmail.com** |

21-61492-rk     Doc 36     FILED 12/09/21     ENTERED 12/09/21 16:04:38     Page 24 of 37

Fill in this information to identify the case:

Debtor name __**The Midwest Data Company LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF OHIO__

Case number (if known) __21-61492__

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Squirrels Research Labs LLC | 121 Wilbur Dr. NE North Canton, OH 44720 | Cincinnati Insurance | ☐ D ____ ☐ E/F ____ ■ G __2.8__ |
| 2.2 Squirrels Research Labs LLC | 8050 Freedom Avenue NW North Canton, OH 44720 | Avnet Inc. | ☐ D ____ ☐ E/F ____ ■ G __2.13__ |
| 2.3 Squirrels Research Labs, LLC | 121 Wilbur Drive NE North Canton, OH 44720 | Instantiation, LLC | ☐ D ____ ☐ E/F ____ ■ G __2.6__ |

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **Filing Date** | ■ Operating a business ☐ Other _____ | $277,750.58 |
| **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other _____ | $42,787.43 |
| **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | $11,511.50 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED EXHIBIT** | 8/25/2021 - 11/23/2021 | $198,793.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Andrew Gould**<br>**4812 Wildflower Dr**<br>**North Canton, OH 44720**<br>**Member** | 9/20/21 | $923.00 | **Reimbursement** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

| Details | Posting Date | Description | Amount | |
|---------|--------------|-------------|--------|--|
| | | ORIG CO NAME:AEP OHIO POWER R    ORIG ID:7529030111 DESC DATE:211012 CO ENTRY DESCR:BILL PAY  SEC:CCD   TRACE#:031101112650428 EED:211013  IND | | |
| DEBIT | 10/13/2021 | ID:16432573371           IND NAME: MWDC TRN: 2862650428TC | ($13,635.00) | Utility Deposit |
| DEBIT | 10/12/2021 | Online Transfer to CHK ...7962 transaction#: 12767872250 10/12 | ($399.64) | Cover payroll costs |
| | | ORIG CO NAME:ANTHEM INC.       ORIG ID:0000348513 DESC DATE:210930 CO ENTRY DESCR:INSURANCE SEC:TEL   TRACE#:021000028169209 EED:210930  IND | | |
| DEBIT | 9/30/2021 | ID:4765739           IND NAME:NORTH *CANTON | ($3,597.39) | Health Ins |
| | | ORIG CO NAME:CINFIN          ORIG ID:0000000160 DESC DATE:210925 CO ENTRY DESCR:INSURANCE SEC:WEB   TRACE#:021000023505280 EED:210927  IND | | |
| DEBIT | 9/27/2021 | ID:9568217            IND NAME:DAVID *STANFILL | ($4,079.00) | Business Insurance |
| | | ORIG CO NAME:AEP OHIO POWER A     ORIG ID:7529030111 DESC DATE:210923 CO ENTRY DESCR:BILL PAY  SEC:CCD   TRACE#:031101115006329 EED:210924  IND | | |
| DEBIT | 9/24/2021 | ID:10217114901           IND NAME: MIDWEST DATA COMPANY TRN: 2675006329TC | ($2,677.84) | Utility Bill |
| | | ORIG CO NAME:AEP OHIO POWER A     ORIG ID:7529030111 DESC DATE:210923 CO ENTRY DESCR:BILL PAY  SEC:CCD   TRACE#:031101115006330 EED:210924  IND | | |
| DEBIT | 9/24/2021 | ID:16384229051           IND NAME: MIDWEST DATA COMPANY TRN: 2675006330TC | ($14,890.32) | Utility Bill |
| | | ORIG CO NAME:AEP OHIO POWER A     ORIG ID:7529030111 DESC DATE:210923 CO ENTRY DESCR:BILL PAY  SEC:CCD   TRACE#:031101115006331 EED:210924  IND | | |
| DEBIT | 9/24/2021 | ID:10217114391           IND NAME: MIDWEST DATA COMPANY TRN: 2675006331TC | ($14,999.98) | Utility Bill |
| | | ORIG CO NAME:AEP OHIO POWER A     ORIG ID:7529030111 DESC DATE:210923 CO ENTRY DESCR:BILL PAY  SEC:CCD   TRACE#:031101115006332 EED:210924  IND | | |
| DEBIT | 9/24/2021 | ID:10217113681           IND NAME: MIDWEST DATA COMPANY TRN: 2675006332TC | ($14,999.99) | Utility Bill |
| | | ORIG CO NAME:AEP OHIO POWER A     ORIG ID:7529030111 DESC DATE:210923 CO ENTRY DESCR:BILL PAY  SEC:CCD   TRACE#:031101115006334 EED:210924  IND | | |
| DEBIT | 9/24/2021 | ID:16384230391           IND NAME: MIDWEST DATA COMPANY TRN: 2675006334TC | ($15,000.00) | Utility Bill |
| | | ORIG CO NAME:AEP OHIO POWER A     ORIG ID:7529030111 DESC DATE:210923 CO ENTRY DESCR:BILL PAY  SEC:CCD   TRACE#:031101115006333 EED:210924  IND | | |
| DEBIT | 9/24/2021 | ID:16384228311           IND NAME: MIDWEST DATA COMPANY TRN: 2675006333TC | ($15,000.00) | Utility Bill |
| DEBIT | 9/23/2021 | Online ACH Payment 5304034712 To One Haines Company (_####8902) | ($70,771.02) | Rent/Utilities Grant Giltz |
| DEBIT | 9/2/2021 | Online Transfer to CHK ...7962 transaction#: 12508288985 09/02 | ($28,742.98) | Payroll |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Fire claim with Cincinnati Insurance** | **$0.00** | **7/15/2021** | **Unknown** |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:** Health Care Bankrupcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, address, email, phone, and VAT ID (if applicable); No SSN or credit card account numbers are retained or collected.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page **4**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Instantiation, LLC**<br>**Attn: Sam Cassatt**<br>**434 Dorado Beach E**<br>**Dorado, PR 00646** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **Property described in UCC-1 filed by NJEB, as amended, which property was purchased from NJEB by Instantiation and 6600 units of FPGA mining hardware.** | **$0.00** |
| **Jeff Schugart**<br>**13918 Bond Street**<br>**Overland Park, KS 66221** | **7579 Freedom Avenue NW**<br>**North Canton, OH 44720** | **3,100 - SQRL Jungle Cat VU35P Xilinix FPGA with HBM on dual modules that are owned by Jeff Schugart but physically located at the Debtor's hosting facilities in N. Canton, Ohio pursuant to a bailment arrangement between the parties.** | **$0.00** |
| **SCEB LLC**<br>**Attn: Stephen Allison**<br>**18 Monument Dr**<br>**Stafford, VA 22554** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **174 field programmable gateway assembly processing units pursuant to bailment arrangement between SCEB and Midwest Data, which are physically located at the Debtor.** | **$0.00** |
| **SF Mining LLC**<br>**12795 Lowhills Rd**<br>**Nevada City, CA 95959** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **14 BCU-1525 FPGAs and a Blackbox computer** | **Unknown** |
| **Jose A. Rubio**<br>**15925 Hopper Lane**<br>**San Diego, CA 92127** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **1 CVP-13; 1 BCU** | **Unknown** |
| **Robert Renna**<br>**48 Samantha Dr**<br>**Morganville, NJ 07751** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **2 CVP-13** | **Unknown** |
| **Jonathan Hulecki**<br>**10505 Ciwberry CT**<br>**Vienna, VA 22182** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **9 U50C** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Robert Oxsen<br>12795 Lowhills Rd<br>Nevada City, CA 95959-9078 | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 14 BCU | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Marco Mendoza<br>29407 Pyrite St<br>Menifee, CA 92584 | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 1 BCU | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Spencer Gabriel Singh<br>spencersingh96@gmail.com | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 1 CVP-13 | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Richard Hall<br>61 Falkirk Avenue<br>Wellington, WGN 6022 NZ | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 2 BCU | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Arran Gracie<br>221 Southwest Alder St<br>Portland, OR 97204 | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 8 BCU | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Aditya Chauhan<br>1429 Bay Ridge Ave., FL 2<br>Brooklyn, NY 11219 | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 3 ForestKitten 33 | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Andrew Wolf<br>1960 SW Old Sheridan Rd<br>McMinnville, OR 97128-8686 | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 1 BCU | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| James Soldi<br>2208B Clark Ln<br>Redondo Beach, CA 90278-4304 | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 2 BCU | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Aaron Strating<br>411B Vancouver St<br>Victoria, BC V8v 3t4<br>CANADA | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 2 BCU | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Henrik Gustafsson<br>N/A<br>U 10 54 Kay St<br>Scarborough, WA 6019<br>AUSTRALIA | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 2 ForestKitten 33 | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Lance Colton<br>301-10140 150 St NW<br>Edmonton, AB T5P 1P1<br>CANADA | 8050 Freedom Avenue NW<br>North Canton, OH 44720 | 3 BCU | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Artem Pylypchuck**<br>articicejuice@gmail.com | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **6 BCU** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jose Nunez**<br>admin@croxmoon.com | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **1 BCU** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Fabian Delmotte**<br>**Rue de Favence 29**<br>**Nandrin, -- 4550**<br>**BELGIUM** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **3 BCU** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Richard Ramazinski**<br>**1000 Flower Drive, STE LKS 2035**<br>**Glendale, CA 91201** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **1 ForestKitten 33** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Jason Palmer**<br>**4000 Davey St, APT 608**<br>**New Orleans, LA 70122** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **1 BCU** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Todd Dallimore**<br>tdallimore@start.ca | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **1 BCU** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Barry Gluntz**<br>**2350 Winfield Ave**<br>**Rocky River, OH 44116** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **5 ForestKitten 33** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Yannick Vergult**<br>yannick.vergult@gmail.com | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **1 BCU** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Matthew Peterson**<br>**3390 Stratford Rd NE, Unit 516**<br>**Atlanta, GA 30326** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **1 BCU/1FK33** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Michael Erceg**<br>michael.erceg@gmail.com | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **1 ForestKitten 33** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **David Burlington**<br>**38 Bryant Street, Apt. 804**<br>**San Francisco, CA 94105** | **8050 Freedom Avenue NW**<br>**North Canton, OH 44720** | **2 JungleCat 35** | **Unknown** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
| --- | --- | --- |
| 26a.1. | **Amanda McConnell**<br>**191 E. 28th St**<br>**Dover, OH 44622** | **2019 to present** |
| 26a.2. | **CliftonLarsonAllen LLP**<br>**4334 Munson St., NW**<br>**Canton, OH 44718** | **2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **CliftonLarsonAllen LLP** 4334 Munson St., NW Canton, OH 44718 | **2019 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Amanda McConnell** 191 E. 28th St. Dover, OH 44622 | |
| 26c.2.   **CliftonLarsonAllen LLP** 4334 Munson St., NW Canton, OH 44718 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Stanfill** | **772 Treat Blvd.** **Tallmadge, OH 44278** | **Member, CEO and President** | **40%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jessica Gritzan** | **1280 Linwood Ave SW** **North Canton, OH 44720** | **Member & COO** | **15%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Gould** | **4812 Wildflower Dr** **North Canton, OH 44720** | **Member** | **10%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kyle Slutz** | **1116 Nimisilia Rd** **New Franklin, OH 44216** | **Member** | **10%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sidney Keith** | **8127 Larkspur Ave NW** **North Canton, OH 44720** | **Member** | **10%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| George Jimenez | 9396 Broadland St NW Massillon, OH 44646 | Member | 15% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. **Andrew Gould** **4812 Wildflower Dr** **North Canton, OH 44720** | $923.00 | 9/20/21 | **Reimbursement - current open debt** |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 12/7/2021 _____

_____          **David A. Stanfill**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy