United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Julie K. Zurn  **Case Number:** 21−61492−rk

**Debtor(s):** The Midwest Data Company LLC  **Judge:** RUSS KENDIG

**Re:** Motions/Pleadings/Filings for Judge's Consideration
Monthly Operating Report (Doc 41)

**The following deficiency must be corrected within 7 days from the date of this notice, or the matter may be referred to the Judge for further consideration.**

☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.
☐ Affidavit is invalid. Need ☐ Notary Seal/Stamp ☐ Signature ☐ County/State ☐ See Comments.
☐ Attachments missing or incorrectly filed.
☐ Case ☐ Closed ☐ Dismissed ☐ Number incorrect ☐ Transferred ☐ Caption Incorrect.
☐ Certificate of service indicating name and address of parties served and date of service required.
☐ Exhibit A not attached.
☐ Form B121 required.
☐ Hearing information ☐ Not fully reflected in order ☐ No Hearing notice ☐ Incorrect Hearing time/date.
☐ Signature Declaration missing.
☐ /S/ Signature required for ☐ Attorney ☐ Debtor ☐ Creditor.
☐ Incorrect PDF Attached.
☐ No Means Testing Form
☒ Other. See Comments/Instructions.

**Comments/Instructions:**
Pursuant to the Order for Joint Administration (Doc 30), Operating Report must be filed in the lead case (Case No. 21−61491 − Squirrels Research Labs, LLC).

Deputy Clerk: **/s/Vickie J. Wayman**
Date: **12/22/2021**
Form ohnb141