UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In re:**<br>The Midwest Data Company LLC<br>8050 Freedom Avenue NW<br>Canton, OH 44720 | **Case Number:** 21–61492–tnap<br>**Chapter:** 11<br>**Judge:** TIIARA N.A. PATTON |

## TO ALL CREDITORS AND PARTIES IN INTEREST

You are hereby notified that this case will be transferred from Judge RUSS KENDIG to Judge TIIARA N.A. PATTON effective October 1st, 2022. Please modify your records accordingly. All further pleadings and documents should reflect Judge TIIARA N.A. PATTON in the caption. All proposed Orders should similarly identify Judge TIIARA N.A. PATTON as the approving Judge.

| | |
|---|---|
| **Date:** September 30, 2022<br>Form ohnb224rk | For the Court<br>Josiah C. Sell, Clerk |