In re:  Case No. 21-61492-tnap

The Midwest Data Company LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6     User: admin     Page 1 of 3
Date Rcvd: Oct 03, 2022     Form ID: 224rk     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The Midwest Data Company LLC, 8050 Freedom Avenue NW, Canton, OH 44720-6912 |
| 27110906 | + | Cincinnati Insurance, 6200 S. Gilmore Rd, Fairfield, OH 45014-5141 |
| 27110915 | #+ | Jonathan Hulecki, 10505 Ciwberry Ct, Vienna, VA 22182-1809 |
| 27110922 | + | Michael Maranda, 38 Oaklawn Ave, Farmingville, NY 11738-2523 |
| 27110925 | ++ | OHIO BUREAU OF WORKERS COMPENSATION, LAW SECTION BANKRUPTCY UNIT, P O BOX 15567, COLUMBUS OH 43215-0567 address filed with court:, Ohio Bureau of Workers' Compensation, Attn: Law Section Bankruptcy Unit, PO Box 15567, Columbus, OH 43215-0567 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Oct 04 2022 01:01:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |
| 27110900 | | Email/Text: dcsnowden@aep.com | Oct 04 2022 00:59:00 | AEP Ohio, 301 Cleveland Ave., SW, Canton, OH 44702 |
| 27110904 | + | Email/Text: Mary.pacini@avnet.com | Oct 04 2022 01:01:00 | Avnet, Inc., 2211 South 47th Street, Phoenix, AZ 85034-6403 |
| 27110912 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2022 01:01:00 | Internal Revenue Service, Insolvency Group 6, 1240 E. Ninth Street, Room 493, Cleveland, OH 44199 |
| 27110924 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Oct 04 2022 01:34:00 | Ohio Attorney General, Collections Enforcement Section, Attn: Bankruptcy Unit, 30 E. Broad Street, 14th Floor, Columbus, OH 43215-3414 |
| 27110926 | | Email/Text: uibankruptcy@jfs.ohio.gov | Oct 04 2022 01:32:00 | Ohio Department of Job & Family Svcs, Attn: Legal Support-Bankruptcy, PO Box 182830, Columbus, OH 43218-2830 |
| 27110927 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Oct 04 2022 01:34:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27110923 | | Email/Text: USAOHN.BankruptcyCle@usdoj.gov | Oct 04 2022 00:59:00 | Office of U.S. Attorney, Attn: Bankruptcy Section, Carl B. Stokes U.S. Court House, 801 W. Superior Avenue, Ste 400, Cleveland, OH 44113 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cincinnati Insurance Company |
| 27110898 | | Aaron Strating, awstrating@gmail.com |
| 27110899 | | Aditya Chauhan, zeebochauhan@gmail.com |
| 27110901 | | Andrew Wolf, 30n30w@gmail.com |
| 27110902 | | Arran Gracie, arrangracie@gmail.com |
| 27110903 | | Artem Pylypchuk, articicejuice@gmail.com |
| 27110905 | | Barry Gluntz, barry.gluntz@cnlcasting.com |
| 27110907 | | Fabian Delmotte, fabdel11@msn.com |
| 27110908 | | Henrik Gustafsson, henrik@virtualduck.net |
| 27110909 | | Instantiation |
| 27110910 | | Instantiation, LLC |
| 27110913 | | James Soldi, jsoldi@yahoo.com |
| 27110914 | | Jason Palmer, palmer.thinker@gmail.com |
| 27110916 | | Jose A. Rubio, hoserr9@gmail.com |
| 27110917 | | Jose Nunez, admin@croxmoon.com |
| 27110918 | | Lance Colton, lance.colton@gmail.com |
| 27110919 | | Marco Mendoza, Marcomendoza1337@gmail.com |
| 27110920 | | Matthew Peterson, big.galen@gmail.com |
| 27110921 | | Michael Erceg, michael.erceg@gmail.com |
| 27110928 | | Richard Hall, richard.hall@gmail.com |
| 27110929 | | Richard Ramazinski, richard.ramazinski@gmail.com |
| 27110930 | | Robert Oxsen, sfmining@protonmail.com |
| 27110931 | | Robert Renna, rrenna27@yahoo.com |
| 27110932 | | Spencer Gabriel Singh, spencersingh96@gmail.com |
| 27110933 | | Todd Dallimore, tdallimore@start.ca |
| 27110934 | | Yannick Vergult, yannick.vergult@gmail.com |
| 27110911 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 26 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frederic P. Schwieg | fschwieg@schwieglaw.com |
| John G. Farnan | on behalf of Creditor Cincinnati Insurance Company jfarnan@westonhurd.com |
| Julie K. Zurn | on behalf of Debtor The Midwest Data Company LLC jzurn@brouse.com  tpalcic@brouse.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Marc Merklin | on behalf of Debtor The Midwest Data Company LLC mmerklin@brouse.com  tpalcic@brouse.com;mmiller@brouse.com |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
The Midwest Data Company LLC
8050 Freedom Avenue NW
Canton, OH 44720

**Case Number:** 21−61492−tnap

**Chapter:** 11

**Judge:** TIIARA N.A. PATTON

**TO ALL CREDITORS AND PARTIES IN INTEREST**

You are hereby notified that this case will be transferred from Judge RUSS KENDIG to Judge TIIARA N.A. PATTON effective October 1st, 2022. Please modify your records accordingly. All further pleadings and documents should reflect Judge TIIARA N.A. PATTON in the caption. All proposed Orders should similarly identify Judge TIIARA N.A. PATTON as the approving Judge.

**Date:** September 30, 2022
Form ohnb224rk

For the Court
Josiah C. Sell, Clerk